# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

     v.

RONALD HOPKINS

)
)
)
)
)

CR. S-05-538 EJG

---

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     ( **X** ) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee:      RONALD HOPKINS

Detained at (custodian):      DEUEL VOCATIONAL INSTITUTE
P.O. BOX 400
TRACY, CA 95376-0004

Detainee is:  a.)   (X) charged in this district by:
     (X ) Indictment      ( ) Information      ( ) Complaint
     Charging Detainee With:   **Felon in Possession of a Firearm, Armed Career Offender**

or  b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (**X** ) return to the custody of detaining facility upon termination of proceedings
or  b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:    /s/Kymberly A. Smith
Printed Name & Phone No: AUSA KYMBERLY A. SMITH/916-554-2771
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

1/6/06
Date

/s/ Gregory G. Hollows
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):       Male X   Female

Booking or CDC #:   CDC: T43919      DOB:   XX/XX/1948

Facility Address:   2300 KASSON ROAD, TRACY, CA 95376      Race:

FBI #:

Facility Phone:   (209) 835-4141

Currently Incarcerated For:

---

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

hopkins.writ

Revised 11/19/97