```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Case No: S-05-538 EJG** |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE; ORDER** |
| V. ) | |
| ) | |
| RONALD HOPKINS ) | |
| ) | Date: February 17, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | |
| ) | Honorable Edward J. Garcia |
| _____ ) | |

Comes now the United States of America, by and through its counsel of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney for said district, as well as the defendant, represented by Rachelle Barbour, and respectively request that this Court reschedule the status conference currently set for February 17, 2006. The extension is also needed due to an unforeseen date conflict for the government.

The parties herefore respectfully request that the status conference scheduled for February 17, 2006, be vacated and that the matter be rescheduled for February 24, 2006, at 10:00 a.m. The

1

parties, also request that time continue to be tolled from February 17, 2006, to and including February 24, 2006, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv)(preparation of counsel)

Based on the foregoing and by this stipulation, the parties jointly request that the Court continue the status conference which is currently scheduled from February 17, 2006 to February 24, 2006 at 10:00 a.m.

IT IS SO STIPULATED.

Date: February 9, 2006        /s/ Kymberly A. Smith
                              Kymberly A. Smith
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              United States of America

Date: February 9, 2006        /s/Kymberly A. Smith for Rachelle Barbour
                              Rachelle Barbour
                              Attorney for Defendant, Ronald Hopkins

**ORDER**

The parties' stipulation regarding the re-scheduling of the status conference is accepted by the Court.  The current status conference date of February 17, 2006, be and the same hereby is, VACATED.  A further status conference is now scheduled for February 24, 2006, at 10:00 a.m.  It is FURTHER ORDERED that the time will continue to be tolled from February 17, 2006, to and including February 24, 2006, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

February___13___,2006         _/s/ Edward J. Garcia_____
                              Honorable Judge Edward J. Garcia