DANIEL BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR-S-05-538-EJG |
|                                   ) | |
|            Plaintiff,             ) | STIPULATION CONTINUING STATUS |
|                                   ) | CONFERENCE AND EXCLUDING TIME; |
|   v.                              ) | PROPOSED ORDER |
|                                   ) | |
| RONALD HOPKINS,                   ) | |
|                                   ) | Date:  March 17, 2006 |
|            Defendant.             ) | Time:  10:00 a.m. |
|                                   ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for February 24, 2006 be reset for Thursday, March 17, 2006 at 10:00 a.m.

    This continuance is being requested because the parties need additional time to review the discovery, obtain additional discovery,

1

and investigate this case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 17, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 24, 2006          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Acting Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  RONALD HOPKINS



                                  McGREGOR W. SCOTT
                                  United States Attorney



DATED: February 24, 2006          /s/ Rachelle Barbour for
                                  KYMBERLY SMITH
                                  Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: February 24, 2006           /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE

2