DANIEL BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-538-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | ORDER |
| ) | |
| RONALD HOPKINS, ) | |
| ) | Date:  June 23, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for May 19, 2006 be reset for Thursday, June 23, 2006 at 10:00 a.m.

This continuance is being requested because the parties need additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  Defense counsel needs additional time to investigate criminal history and determine whether to file pretrial motions.  The parties need additional time to meet to discuss a possible resolution

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 23, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 18, 2006              Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Acting Federal Defender

                                      /s/ Rachelle Barbour
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      RONALD HOPKINS

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: May 18, 2006              /s/ Rachelle Barbour for
                                      KYMBERLY SMITH
                                      Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: May 18, 2006              /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      UNITED STATES DISTRICT JUDGE