DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-538-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | AND ORDER |
| ) | |
| RONALD HOPKINS, ) | |
| ) | Date:  July 21, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for June 23, 2006 be reset for Thursday, July 21, 2006 at 10:00 a.m.

    This continuance is being requested because the parties need additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  Defense counsel needs additional time to investigate criminal history and determine whether to file pretrial motions.  The parties need additional time to meet to discuss a possible resolution.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 21, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:   June 19, 2006             Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Rachelle Barbour
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RONALD HOPKINS

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED:   June 19, 2006            /s/ Rachelle Barbour for
                                            KYMBERLY SMITH
                                            Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: June 19, 2006              /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            UNITED STATES DISTRICT JUDGE