DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-538-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | PROPOSED ORDER |
| ) | |
| RONALD HOPKINS, ) | |
| ) | Date:  August 25, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for July 21, 2006 be reset for Friday, August 25, 2006 at 10:00 a.m.

    This continuance is being requested because the parties need additional time to review the discovery, obtain additional discovery,

1

and investigate this case.  Defense counsel needs additional time to investigate criminal history and determine whether to file pretrial motions.  The parties need additional time to meet to discuss a possible resolution.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 25, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:  July 20, 2006              Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RONALD HOPKINS

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED:  July 20, 2006              /s/ Rachelle Barbour for
                                        KYMBERLY SMITH
                                        Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 20, 2006               /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        UNITED STATES DISTRICT JUDGE