```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-538-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION VACATING STATUS |
| | ) | CONFERENCE AND SETTING MOTIONS |
| v. | ) | SCHEDULE AND NON-EVIDENTIARY |
| | ) | HEARING DATE **AS MODIFIED** |
| RONALD HOPKINS, | ) | |
| | ) | |
| Defendant. | ) | Date:  January 12, 2007 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for August 25, 2006 be vacated in light of the following motions schedule and evidentiary hearing.

  Defense Motions will be filed on October 13, 2006

1

1  Government Opposition will be filed on November 17, 2006

2  Defendant's Reply will be filed on December 8, 2006

3  Non-evidentiary Hearing Date will be January 12, 2007

4     The parties request that speedy trial time be excluded from the date of this order through the date of the hearing set for January 12, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) and (h)(1)(F) [pendency of motions] (Local Code E).

DATED: August 22, 2006          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                RONALD HOPKINS

                                McGREGOR W. SCOTT
                                United States Attorney


DATED:  August 22, 2006         /s/ Rachelle Barbour for
                                KYMBERLY SMITH
                                Assistant U.S. Attorney


                           **O R D E R**

  **IT IS SO ORDERED.** *A status conference will be held on January 7, 2007, at 10 am, before Judge Garcia.


DATED: August 23, 2006          /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

2