```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
    RONALD HOPKINS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-538-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING MOTIONS |
| ) | SCHEDULE AND NON-EVIDENTIARY |
| v. ) | HEARING DATE |
| ) | |
| RONALD HOPKINS, ) | |
| ) | Date:  February 23, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through KYMBERLY SMITH, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for January 12, 2007 be continued to February 23, 2007 and that the motions schedule be extended to the following dates:

  Defense Motions will be filed on December 15, 2006

Government Opposition will be filed on January 19, 2007

Defendant's Reply will be filed on February 9, 2007

Non-evidentiary Hearing Date will be February 23, 2007

The parties request that speedy trial time be excluded from the date of this order through the date of the hearing set for February 23, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) and (h)(1)(F) [pendency of motions] (Local Code E).

DATED:   October 18, 2006          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RONALD HOPKINS

                                   McGREGOR W. SCOTT
                                   United States Attorney


DATED:   October 18, 2006          /s/ Rachelle Barbour for
                                   KYMBERLY SMITH
                                   Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: October 18, 2006            /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE

2