```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            Plaintiff,         )<br>                               )<br>     v.                        )<br>                               )<br>RONALD HOPKINS,                )<br>                               )<br>            Defendants.        )<br>_____) | CR. NO. S-05-538 EJG<br><br>STIPULATION; ORDER |

It is hereby stipulated and agreed to between the United States of America, through KENNETH J. MELIKIAN, Assistant U.S. Attorney, and the defendant, RONALD HOPKINS, by and through his counsel, ROCHELLE BARBOUR, Assistant Federal Defender, that the motions schedule be modified to continue the due date of the government's opposition brief from January 19, 2007, to January 26, 2007.  This would necessitate a continuance of the defendant's reply brief from February 9, 2007, to February 16, 2007.  The hearing date of February 23, 2007, should not be affected.

The reason for this requested continuance is that, upon the departure of Assistant U.S. Attorney Kimberly Smith from the

1

1  U.S. Attorney's Office, this case was reassigned to Assistant
2  U.S. Attorney Kenneth J. Melikian yesterday.  AUSA Melikian
3  obviously would not be able to file the government's brief on its
4  current due date of today.
5     AUSA Melikian will make every effort to file the
6  government's brief by January 26, 2007.  If he is unable to do
7  so, the court will be notified on or before that date, and a new
8  briefing schedule and hearing date will be proposed.
9     Accordingly, the parties request that the government's
10 opposition to the defendant's motion be filed by January 26,
11 2007, and that the defendant's reply to that opposition by filed
12 by February 16, 2007.  The parties further request that a hearing
13 on the defendant's motion, as well as a status conference, be
14 held on February 23, 2007, at 10:00 a.m.

15 DATED: January 19, 2007                Respectfully submitted,

16                                        McGREGOR W. SCOTT
                                          United States Attorney
17
                                          /s/ Kenneth J. Melikian
18
                                          By
19                                           KENNETH J. MELIKIAN
                                          Assistant U.S. Attorney
20

21 DATED: January 19, 2007                /s/ Kenneth J. Melikian   _____
                                          ROCHELLE BARBOUR
22                                        Attorney for Defendant
                                          (Signed by Kenneth J. Melikian
23                                        per  authorization by Rochelle
                                          Barbour)
24

25

26     IT IS SO ORDERED.

27

28 DATED: _January 22, 2007               /s/ Edward J. Garcia        ____
                                          HONORABLE EDWARD J. GARCIA
                                          U.S. District Court Judge

2