```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-05-538 EJG
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13       v.                      )
                                 )
14  RONALD HOPKINS,              )
                                 )
15                               )
                Defendants.      )
16  _____)
```

17       It is hereby stipulated and agreed to between the United
18  States of America, through KENNETH J. MELIKIAN, Assistant U.S.
19  Attorney, and the defendant, RONALD HOPKINS, by and through his
20  counsel, ROCHELLE BARBOUR, Assistant Federal Defender, that the
21  hearing on the defendant's motion to suppress evidence be
22  continued from February 23, 2007, to March 9, 2007.  The parties
23  further stipulate and agree that the government's opposition
24  brief will be due on February 23, 2007, and that the defendant's
25  reply brief will be due on March 2, 2007.
26       Upon the departure of Assistant U.S. Attorney Kimberly Smith
27  from the  U.S. Attorney's Office, this case was recently
28  reassigned to Assistant U.S. Attorney Kenneth J. Melikian.

                                   1

1 AUSA Melikian has not yet been able to devote the time necessary
2 to familiarize himself with this case, or to write and file the
3 government's brief.  He will be able to file the government's
4 brief by February 23rd.
5      Accordingly, the parties request that the government's
6 opposition to the defendant's motion be filed by February 23,
7 2007, and that the defendant's reply to that opposition by filed
8 by March 2, 2007.  The parties further request that a hearing on
9 the defendant's motion, as well as a status conference, be held
10 on March 9, 2007, at 10:00 a.m.

11 DATED: February 15, 2007          Respectfully submitted,

12                                   McGREGOR W. SCOTT
                                     United States Attorney
13

14

15                                   By:/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
16                                      Assistant U.S. Attorney

17
   DATED: February 15, 2007          /s/ Kenneth J. Melikian
18                                   ROCHELLE BARBOUR
                                     Attorney for Defendant
19                                   (Signed by Kenneth J. Melikian
                                     per authorization by Rochelle
20                                   Barbour)

21

22
        IT IS SO ORDERED.
23

24
   DATED: February 16, 2007          /s/ Edward J. Garcia
25                                   _____

26                                   HONORABLE EDWARD J. GARCIA
                                       U.S. District Court Judge
27

28

2