DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-S-05-538-EJG |
|                                  ) | |
|            Plaintiff,            ) | STIPULATION CONTINUING JUDGMENT |
|                                  ) | AND SENTENCING AND PSR DISCLOSURE |
|   v.                             ) | DATES |
|                                  ) | |
| RONALD HOPKINS,                  ) | Date:  July 27, 2007 |
|                                  ) | Time:  10:00 a.m. |
|            Defendant.            ) | Judge: Hon. Edward J. Garcia |
|                                  ) | |
| _____  ) | |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the judgment and sentencing set for June 8, 2007 be continued to July 27, 2007 and that the PSR disclosure and objections schedule be extended to the following dates:
  Informal Objections will be filed on July 6, 2007

1

Final PSR will be filed on July 13, 2007

Motion to Correct will be filed on July 20, 2007

The additional time is requested because the parties are seeking to obtain police records from the probation officer in order to formulate their informal objections.  The July 27, 2007 date has been chosen to accommodate the probation officer who will be unavailable earlier in the month.

DATED:  May 18, 2007                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RONALD HOPKINS

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED:  May 18, 2007                    /s/ Rachelle Barbour for
                                        KENNETH MELIKIAN
                                        Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

DATED: May 22, 2007                      /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         UNITED STATES DISTRICT JUDGE

2