DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. Cr. S. 05-538-EJG |
|                                    ) | |
|           Plaintiff,               ) | |
|                                    ) | UNOPPOSED PETITION FOR RELEASE OF |
|      v.                            ) | DOCUMENTS FROM THE PROBATION |
|                                    ) | OFFICE |
| RONALD HOPKINS,                    ) | |
|                                    ) | |
|           Defendant.               ) | |
|                                    ) | |
| _____    ) | Judge: Hon. Gregory G. Hollows |

    Defendant Hopkins is currently facing sentencing in this case. The parties recently received the draft probation report. That report contains information about a pending case in Solano County that neither party was previously aware of. The probation officer has obtained police records regarding that case, but requires judicial authorization to release them to defense counsel pursuant to Local Rule Crim 32-461(b). That rule provides that "[a]ny applicant seeking an order authorizing further disclosure of confidential records maintained by

the probation office shall file a written petition to the Court establishing with particularity the need for specific information in the records."

The documents sought by the defense are police reports pertaining to Solano County case number VCR181736, discussed in the draft report at paragraph 61, on page 14. The probation officer has allowed defense counsel to review these documents in his office, but cannot permit defense counsel to copy them without authorization from the Court. The documents are pertinent to the sentencing in this case because the probation officer recommends a significant upward adjustment based on the conduct alleged in these documents. The government does not oppose this petition.

Accordingly, the defense petitions the Court to authorize the probation office to disclose the above-specified documents to defense counsel.

Dated: May 18, 2007

> Respectfully submitted,
>
> DANIEL J. BRODERICK
> Federal Defender
>
> /s/ Rachelle Barbour
> _____
> RACHELLE BARBOUR
> Assistant Federal Defender
> Attorney for Defendant
> RONALD HOPKINS

ORDER

The probation office is hereby authorized to release all police reports in Solano County case number VCR181736, pursuant to Local Rule Crim 32-461.

Date: 5/30/07                    /s/ Gregory G. Hollows
hopkins.ord                      U.S. Magistrate Judge

Petition for Probation Record    -2-