DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-538-EJG |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING MOTIONS |
| | ) SCHEDULE AND NON-EVIDENTIARY |
| v. | ) HEARING DATE |
| RONALD HOPKINS, | ) |
| | ) Date: October 5, 2007 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the hearing date set for September 21, 2007 be continued to October 5, 2007, and that the due date for defendant's reply be extended to September 28, 2007.  The reason for the continuance is to extend the hearing date and the due date for

1

defendant's reply because the government's opposition was received several days late.

The parties request that speedy trial time continue to be excluded from the date of this order through the date of the hearing set for October 5, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) and (h)(1)(F) [pendency of motions] (Local Code E).

DATED: September 12, 2007        Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RONALD HOPKINS

                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED: September 12, 2007        /s/ Rachelle Barbour for
                                 KENNETH MELIKIAN
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED:   9/12/07                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

2