DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR-S-05-538-EJG |
|                                  ) | |
|           Plaintiff,             ) | STIPULATION CONTINUING MOTIONS |
|                                  ) | SCHEDULE AND NON-EVIDENTIARY |
|   v.                             ) | HEARING DATE |
|                                  ) | |
| RONALD HOPKINS,                  ) | |
|                                  ) | Date:  November 16, 2007 |
|           Defendant.             ) | Time:  10:00 a.m. |
|                                  ) | Judge: Hon. Edward J. Garcia |
| _____  ) | |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the hearing date set for October 5, 2007 be continued to November 16, 2007, and that the due date for defendant's reply be extended to November 9, 2007.  The reason for the continuance is to extend the hearing date and the due date for

1

defendant's reply so that defense counsel may file a discovery motion in front of the magistrate judge.  Defense counsel anticipates filing the discovery motion by October 11, 2007, with a government opposition due on November 1, 2007, and a hearing on November 8, 2007 at 2:00 p.m.

The parties request that speedy trial time continue to be excluded from the date of this order through the date of the hearing set for November 16, 2007,  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) and (h)(1)(F) [pendency of motions] (Local Code E).

DATED: September 28, 2007         Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  RONALD HOPKINS

                                  McGREGOR W. SCOTT
                                  United States Attorney


DATED: September 28, 2007         /s/ Rachelle Barbour for
                                  KENNETH MELIKIAN
                                  Assistant U.S. Attorney


                                **O R D E R**

  **IT IS SO ORDERED.**

DATED: 09/28/07                   /s/Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

2