DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-538-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING MOTIONS |
| ) | SCHEDULE AND NON-EVIDENTIARY |
| v. ) | HEARING DATE |
| ) | |
| RONALD HOPKINS, ) | |
| ) | Date:  December 14, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the hearing date set for November 16, 2007 be continued to December 14, 2007, and that the due date for defendant's reply be extended to December 7, 2007.  The reason for the continuance is to extend the hearing date and the due date for

1

defendant's reply so that the government may comply with a discovery order issued today by Judge Drozd.

The parties request that speedy trial time continue to be excluded from the date of this order through the date of the hearing set for December 14, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) and (h)(1)(F) [pendency of motions] (Local Code E).

DATED: November 8, 2007         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                RONALD HOPKINS

                                McGREGOR W. SCOTT
                                United States Attorney


DATED: November 8, 2007         /s/ Rachelle Barbour for
                                KENNETH MELIKIAN
                                Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED:   11/13/07               /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                UNITED STATES DISTRICT JUDGE

2