1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
6   Attorneys for Defendant
    RONALD HOPKINS
7

**FILED** *ⁿ* *EJG*

JAN 1 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

8

9                 IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )   No. CR-S-05-538-EJG
                                   )
14            Plaintiff,           )   STIPULATION CONTINUING MOTIONS
                                   )   SCHEDULE AND NON-EVIDENTIARY
15     v.                          )   HEARING DATE
                                   )
16  RONALD HOPKINS,                )   *as modified*
                                   )
17            Defendant.           )   Date:   February 8 2008
                                   )   Time:   10:00 a.m.
18  _____ )   Judge:  Hon. Edward J. Garcia
                                   )
19

20          It is hereby stipulated and agreed to between the United States

21  of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and

22  defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR,

23  Assistant Federal Defender, that the hearing date set for January 18,

24  2008 be continued to February 8 2008, and that the due date for

25  defendant's reply be extended to February 1, 2008.  The reason for the

26  continuance is so that the parties may discuss any pending discovery

27

28                                  1

requests.   Further, the parties are discussing a possible resolution and need additional time to determine if the case may be resolved.

The parties request that speedy trial time continue to be excluded from the date of this order through the date of the hearing set for February 8, 2008,  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) and (h)(1)(F) [pendency of motions] (Local Code E).

DATED:   January 10, 2008          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
RONALD HOPKINS

McGREGOR W. SCOTT
United States Attorney

DATED:   January 10, 2008          /s/ Rachelle Barbour for
KENNETH MELIKIAN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED:  1/10/08

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2