```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>  v.                              )<br>                                  )<br> RONALD HOPKINS,                  )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____ ) | No. CR-S-05-538-EJG<br><br>STIPULATION CONTINUING MOTIONS<br>SCHEDULE AND NON-EVIDENTIARY<br>HEARING DATE<br><br>Date:  February 29, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the hearing date set for February 7, 2008 be continued to February 29, 2008.  The reason for the continuance is so that the parties are discussing a possible resolution and need additional time to determine if the case may be resolved.

1  The parties request that speedy trial time continue to be
2  excluded from the date of this order through the date of the hearing
3  set for February 29, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
4  [reasonable time to prepare] (Local Code T4) and (h)(1)(F) [pendency of
5  motions] (Local Code E).

DATED:  February 5, 2008            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RONALD HOPKINS

                                    McGREGOR W. SCOTT
                                    United States Attorney



DATED:  February 5, 2008            /s/ Rachelle Barbour for
                                    KENNETH MELIKIAN
                                    Assistant U.S. Attorney


                          **O R D E R**

**IT IS SO ORDERED.**
                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    UNITED STATES DISTRICT JUDGE

2