DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RONALD HOPKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-538-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | Date:  August 22, 2008 |
| RONALD HOPKINS, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ | |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD HOPKINS, by and though his counsel, CARO MARKS, Assistant Federal Defender, that the hearing date set for July 25, 2008 be continued to August 22, 2008. The reason for the continuance is to allow the parties to resolve in state court a case the defendant has pending in Solano County. The parties need additional time to complete

1

their discussions with the state authorities about this so as to effect a global resolution of the defendant's federal case.

The parties request that speedy trial time continue to be excluded from the date of this order through the date of the hearing set for August 22, 2008, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) and (h)(1)(F).

DATED:  July 24, 2008            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Caro Marks
                                 CARO MARKS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RONALD HOPKINS

                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED:  July 24, 2008            /s/ Caro Marks for
                                 KENNETH MELIKIAN
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 24, 2008             /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

2