```
MCGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>RONALD HOPKINS,<br><br>         Defendant. | No.  2:05-CR-538 EJG<br><br>REQUEST FOR CONTINUANCE OF DISCOVERY MOTION HEARING AND ORDER |

Due to the recent unexpected unavailability of the Assistant United States Attorney assigned to this case, the government respectfully requests that the hearing on the defendant's discovery motion be continued from September 23, 2008 to September 26, 2008.

DATED:                          Respectfully submitted,

                                MCGREGOR W. SCOTT
                                United States Attorney


                          By: /S/ Kenneth Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney

///

///

1

1  IT IS SO ORDERED.

3  Dated:09/23/08                    /s/ Gregory G. Hollows
                                     _____
4                                    HON. GREGORY G. HOLLOWS
                                     U.S. Magistrate Judge

7  hopkins.eot