1 McGREGOR W. SCOTT
  United States Attorney
2 KENNETH J. MELIKIAN
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California  95814
4 Telephone:  916-554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    CR. NO. S-05-538 EJG
                                  )
11           Plaintiff,           )    MOTION AND ORDER
                                  )    DISMISSING INDICTMENT
12      v.                        )
                                  )
13 RONALD HOPKINS,                )
                                  )    DATE: November 7, 2008
14           Defendant.           )    TIME: 10:00 a.m.
   _____)    JUDGE: Hon. Edward J. Garcia
15

16      The United States of America, by and through its undersigned

17 attorney, Kenneth J. Melikian, Assistant United States Attorney,

18 respectfully requests that this Court dismiss the above-captioned

19 Indictment, without prejudice, against defendant RONALD HOPKINS.

20 This motion is made pursuant to the provisions of Rule 48(a) of

21 the Federal Rules of Criminal Procedure.

22      A complaint charging the defendant with a robbery occurring

23 in 2005 has been filed in the Solano County Superior Court.  It

24 is alleged that the defendant used a firearm to commit this

25 robbery.[1]

26 _____

27      [1] Pursuant to a $500,000 arrest warrant issued by the Solano
   County Superior Court, a hold has been placed on the defendant at
28 the Sacramento County jail.  Upon the dismissal of the instant

                                  1

1    At this time, the government has decided to defer its

2  prosecution to that county's prosecution.  That case is more

3  serious than the case at bar, for it is a three-strikes case

4  which exposes the defendant to the possibility of receiving a

5  life sentence.  Additionally, the victims of the Solano County

6  robbery were two civilians.  Any further delay in getting the

7  Solano County case to trial may very well cause prejudice to the

8  prosecution.

9    Accordingly, the government respectfully requests that the

10 above-captioned Indictment be dismissed without prejudice.

11 DATED: November 6, 2008            McGREGOR W. SCOTT
                                     United States Attorney
12
                                     /s/ Kenneth J. Melikian
13
                                     By
14                                      KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28 case, the defendant will be transported directly to the Solano
   County jail.

<u>O R D E R</u>

    IT IS ORDRED THAT the above-captioned Indictment be and is hereby dismissed, without prejudice, against RONALD HOPKINS.


DATED: November 6, 2008                    /s/Edward J. Garcia
                                           EDWARD J. GARCIA
                                            United States District Judge

3